# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Lilas Guttormson and John Fenner, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) **ORDER RE ADMISSION** ) **PRO HAC VICE** |
| vs. | ) ) |
| Manor Care of Minot, ND, LLC, d/b/a Manorcare Health Services, and HCR Manorcare Medical Services of Florida, | ) ) ) ) ) Case No. 4:14-cv-036 |
| Defendants. | ) |

Before the court are motions for attorneys Matthew Knowles and Michael Kendall to appear *pro hac vice* on defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Matthew Knowles and Michael Kendall have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 13 and 14) are **GRANTED**. Attorneys Matthew Knowles and Michael Kendall are admitted to practice before this court in the above-entitled action on behalf of defendants.

**IT IS SO ORDERED.**

Dated this 1st day of May, 2014.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr.
>  United States Magistrate Judge